**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: E.S.D.

PETITION OF: E.S.D.

: No. 580 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED** and the Application to File Under Seal and Edit Caption is **GRANTED**.